**UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN**
www.wiwb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: **Scott Patrick Simmons**   JOINT DEBTOR: **Teresa Lynn Simmons**   CASE NO.: _____
SS#: **xxx-xx-8799**   SS#: **xxx-xx-4355**

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☑ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ☑ Included | ☐ Not included |

**TO ALL PARTIES:**
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $ **880** for **48** months;
2. Federal tax refunds in excess of $3500 starting in 2024 with 2023 tax returns

The total amount of estimated payments to the trustee: **$42,240.00**

Debtor will pay $440 semi-monthly for 48 months. Wage garnishment to placed on Debtor's employer only.

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: **$4,000.00** | Total Paid: **$1,000.00** | Balance Due: **$3,000.00** |
|---|---|---|
| Payable **Upon confirmation of Plan** | | |

## III. TREATMENT OF SECURED CLAIMS

### A. SECURED CLAIMS: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**1** Creditor: **Leo and Lois Yrjanainen**

Address:
**PO Box 115**
**Lake Nebagamon, WI 54849**

Payoff on Petition Date: **$67,210.00**

Regular Payment (Direct by Debtors): **$887.00 /month**

Account No.:
Other:

☑ Real Property
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay ☑ taxes ☑ insurance directly

Address of Collateral:
**11426 East 3rd Street,**
**Lake Nebagamon, WI 54849**

☐ Personal Property/Vehicle
Description of Collateral:

---

**2** Creditor: **Douglas County Treasurer**

Address:
**1313 Belknap St**
**Room 102**
**Superior, WI 54880**

Arrearage on Petition Date: **$4,556.00**

Payment: **Post-Confirmation payments pro rata plus 12% interest by Trustee's office**

Account No.: **Account No: 1460118000**
Other:

☑ Real Property
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

☑ Personal Property/Vehicle
Description of Collateral: **11426 East 3rd Street Lake Nebagamon, WI 54849  Douglas County**

Debtor(s): **Scott Patrick Simmons**
**Teresa Lynn Simmons** Case number:

**B.      VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

1. **REAL PROPERTY:** ☑ NONE

2. **VEHICLE(S):** ☐ NONE

| | | | |
|---|---|---|---|
| 1. Creditor: **Ally**<br>Address: **PO Box 380903**<br>**Minneapolis, MN**<br>**55438-0903**<br>Account No.:<br>VIN: **1FTFW1EF6EFC36345**<br>Description of Collateral:<br>**2014 Ford F150 Super Cab XLT**<br>Check one below:<br>☑ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: **$16,553.00**<br>Amount of Creditor's Lien:<br>**$19,600.00**<br>Interest Rate: **9.00%** | Payment by Trustee's Office | **Payment**<br>**Post-Confirmation payments based on Value of Collateral:**<br>**Pro Rata w/interest**<br><br>Adequate Protection Payment: **$487.75** |
| 2. Creditor: **OneMain**<br>Address: **ATTN Bankruptcy**<br>**PO Box 3251**<br>**Evansville, IN 47731**<br>Account No.:<br>VIN: **3FA6P0H78GR387372**<br>Description of Collateral:<br>**2016 Ford Fusion 169,XXX miles**<br>Check one below:<br>☑ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: **$7,048.00**<br>Amount of Creditor's Lien:<br>**$11,737.00**<br>Interest Rate: **9.00%** | Payment by Trustee's Office | **Payment**<br>**Post-Confirmation payments based on Value of Collateral:**<br>**Pro Rata w/interest**<br><br>Adequate Protection Payment: **$292.08** |

3. **PERSONAL PROPERTY:** ☐ NONE

| | | | |
|---|---|---|---|
| 1. Creditor: **Preferred Credit, Inc.**<br>Address: **PO Box 1970**<br>**Saint Cloud, MN**<br>**56302-1970**<br>Account No.: **06**<br>Description of Collateral:<br>**Rainbow Vacuum**<br>Check one below:<br>☑ Claim incurred 1 year or more pre-petition<br>☐ Claim incurred less than one year pre-petition | Value of Collateral: **$250.00**<br>Amount of Creditor's Lien: **$2,639.00**<br>Interest Rate: **9.00%** | Payment by Trustee's Office | **Payment**<br>**Post-Confirmation payments based on Value of Collateral:**<br>**Pro Rata w/interest** |

C. **LIEN AVOIDANCE** ☑ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall ot receive a distribution from the Chapter 13 Trustee.

☑ NONE
☐ The debtor(s) elect to surrender to each secured creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.
☐ Other:

E. **DIRECT PAYMENTS:**

☐ NONE
☑ The debtor(s) elect to make current payments directly to each secured creditor listed below. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Leo and Lois Yrjanainen | | 11426 East 3rd Street, Lake Nebagamon, WI 54849 |
| 2. | Douglas Co Treasurer | | Debtors will pay property taxes as they become due starting 2024 (for 2023) |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

Trustee Fee

B. **PRIORITY TAX CLAIMS:** ☑ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE ☐ CURRENT AND PAID OUTSIDE

D. **OTHER:** ☑ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay **Pro Rata w/no interest** /month
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☑ NONE

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☑ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

**Tax returns to be provided upon Trustee request**

**Federal tax refunds in excess of $3500 shall be turned over to the Trustee starting in 2024 with 2023 tax returns**

VIII. **NON-STANDARD PLAN PROVISIONS:** ☐ NONE

**Wage garnishment for Plan payment shall be deducted from Debtor's wages only in the amount of $440.00 semi-monthly.**

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

Debtor(s): **Scott Patrick Simmons**
**Teresa Lynn Simmons** Case number:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| **/s/ Scott Patrick Simmons** | Debtor | **March 25, 2023** | **/s/ Teresa Lynn Simmons** | Joint Debtor | **March 25, 2023** |
|---|---|---|---|---|---|
| **Scott Patrick Simmons** | | Date | **Teresa Lynn Simmons** | | Date |

**/s/ Peter C. Greenlee, Esq.**  **March 25, 2023**
**Peter C. Greenlee, Esq.**   Date
Attorney with permission to sign on Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**