Certificate Number: 13858-WIW-CC-037285156



13858-WIW-CC-037285156

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 22, 2023, at 7:27 o'clock PM CDT, Teresa L Simmons received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Wisconsin, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   March 22, 2023                     By:   /s/Rebecca McDaniel

                                           Name: Rebecca McDaniel

                                           Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).