IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
EAU CLAIRE DIVISION

|  |  |
|---|---|
| In re<br>SCOTT PATRICK SIMMONS and<br>TERESA LYNN SIMMONS,<br>  Debtor(s) | )<br>)<br>)<br>)<br>)<br>) Chapter 13<br>)<br>) Case No. 1-23-10440-rmb |

REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Amazon Store Card - Last four digits of account: 4347 ), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Synchrony Bank
> c/o PRA Receivables Management, LLC
> PO Box 41021
> Norfolk, VA 23541
> Telephone: (877)885-5919
> Facsimile: (757) 351-3257
> E-mail: Claims_RMSC@PRAGroup.com

Dated: Norfolk, Virginia
March 26, 2023

                                             By:/s/ Valerie Smith
                                             Valerie Smith
                                             c/o PRA Receivables Management, LLC
                                             Senior Manager
                                             PO Box 41021
                                             Norfolk, VA 23541
                                             (877)885-5919

Assignee Creditor: Amazon Store Card - Last four digits of account: 4347