# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND
### STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Scott Patrick & Teresa Lynn Simmons                     Case #   23-10440

Debtor Information:                                           Spouse Information:
  SS#: XXX-XX-8799                                              SS#: XXX-XX-4355
  Addr: 11426 East 3rd Street                                   Addr: 11426 East 3rd Street
        Lake Nebagamon, WI 54849                                      Lake Nebagamon, WI 54849
  County: DOUGLAS                                               County: DOUGLAS

Debtor's Attorney:   PETER C. GREENLEE                         Date Filed:       03/25/2023
341 Meeting Date:   04/26/2023      Adjourned 341 Date:        Schedules Filed:
Tape #:  12                                                    Plan Filed:       03/25/2023
                                                               Amd Plan Filed:   03/25/2023

**Appearances:**  Debtor:     DL,SS,VF
                  Attorney:   y
                  Creditors:  _____

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

  A. New Employment:  _____
  B. New Address:
  C. Other:           _____
                      _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?    Y

  B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 3,000.00 |
| Unsecured | 71,407.00 |
| Refund | 0.00 |
| Secured | 95,617.00 |
| Case Costs | 0.00 |
| Total Debt | 170,024.00 |

  C. Does Debtor have Regular Income?    Y

  D. Prior Bankruptcies:   18-10460 Ch7 filed in Wisconsin Western on 02/16/2018, Standard Discharge on
                           06/11/2018

  E. DSO's:    Y _____   N _____
               _____

  F. Tax Returns
               _____

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Federal Tax Return Refund Amt | State Tax Return Received On | State Tax Return Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | 57,979.00 | -3,689.00 | | 3,522.00 | | -572.00 | 139.00 | 6,500.00 | 0.00 |

G. Self Employment

   Is Debtor Self Employed?  Y

   Does Debtor Incur Trade Debt?  N

   Did Debtor Complete Business Trade Questionnaire?  Y

   Will a Monthly Operating Report be Required?  Y _____ N _____

3. **MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 5150.00 | Available for Plan | 880.00 |
| Budgeted Expenses | 4270.00 | Plan Payments | 879.99 |
| Available for Plan | 880.00 | Excess | 0.01 |

  A. Does Budget appear reasonable?    Y

    -SOFA#27 INDICATES "DEBTOR'S INDEPENDENT BUSINESS" CURRENTLY OPERATING - NO BUSINESS BUDGET OR BUS INCOME ON SOFA#4& SCH I INDICATES $125/MO NET INCOME- she does Young Living sales as a sideline

    -PAY ADVICES INDICTE $150/MO 401K CONTRIBUTION FOR D1 BUT $0 ON SCH I, EXPLAIN - yes, is paying that currently.

  B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))    Y

    -SOFA#5&18 - REC'D $2100 FOR BUS EQUIP SOLD 1/2023, WHAT WERE FUNDS USED FOR? - day to day exp
    -SCH C CLAIMS WI EXEMPTIONS FOR ASSET BUT USES FED FOR IRA. - discussed need to pick one, Trustee will not obj atm as minimal amt and exemptable under either

  C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) N

    -NEW JOB FOR D2 AT FILING, PER SCH I USED OLD INCOME INFO TO COMPLETE BUDGET, AMENDMENT NEEDED ($1500/MO GROSS)? only one check so far $1100 every two weeks

4. **PLAN:**

  A. Number of months the Plan is expected to last:    48

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 4/24/2023 | 4/7/2027 | 406.15 | BIWEEKLY | DEBTOR |

B. Total to be paid into the Plan:    42239.60

C. Approximate percentage to Unsecureds:    0

D. Source of Income:    PEACE OF MIND OF DULUTH

   Spouse income:    SAFE HAVEN

E. Wage Order Sent To:  PEACE OF MIND OF DULUTH - DISCUSS MTD (OBJ DUE 5-16) & BW HANDLING WITH ATTY-SEE LTR - SAYS WD FROM WAGE 4-14 406.15

F. Payments received to Date:    $0.00
   Will debtor commence payments within 30 days after the plan has been filed?    N

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3))    Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4000.00    Paid to Date:    1000.00
   Balance Due Under Plan    3000.00    Approximate months to pay:    4.00
      Trustee recommends amount requested?    Y
      If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    Y
_____

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)    Y
_____

K. Does the plan provide for full payment of Priority Debt?    Y
   -NONE

L. Was a Liquidation Analysis Provided By the Debtor? (Sec 1325(a)(5))    N
   Unsecureds Do Better Under Chapter:    13

| | Under Chapter 7 | | Under Chapter 13 | |
|---|---|---|---|---|
| Assets: | 222998.00 | Total Paid To Plan: | | 42239.60 |
| Admin, Security: Priority (ASP) | 98617.00 | A.S.P. Debt: | 98617.00 | |
| | | Less Direct: | 67210.00 | 31407.00 |
| Exemptions: | 126383.00 | Trustee Fee on Net A.S.P: | | 1653.00 |
| Available for UnSec: | -2002.00 | Amt Avail for Unsec: | | 9179.60 |

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

LEO & LOIS YRJANAINEN    Scheduled for:    67,210.00    Filed for:    0.00
Claim Ref Number:    36    Scheduled as:    DIRECT    Filed as:    Not Filed
Reason:    land contract 11426 E 3RD ST    Filed date:
Objection Filed?    No

### Secured

ONEMAIN FINANCIAL OF MINNESOTA INC    Scheduled for:    7,048.00    Filed for:    7,048.00
Claim Ref Number:    39    Scheduled as:    Secured    Filed as:    Secured
Reason:    2016 Ford Fusion    Filed date:    4/13/2023
Objection Filed?    No

| | | | | |
|---|---|---|---|---|
| PREFERRED CREDIT INC | Scheduled for: | 250.00 | Filed for: | 250.00 |
| Claim Ref Number: 40 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: Rainbow Vacuum | | | Filed date: | 4/19/2023 |
| Objection Filed? No | | | | |
| ALLY CAPITAL | Scheduled for: | 16,553.00 | Filed for: | 16,553.00 |
| Claim Ref Number: 38 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: 2014 Ford F150 | | | Filed date: | 4/25/2023 |
| Objection Filed? No | | | | |
| DOUGLAS CO TREASURER | Scheduled for: | 4,556.00 | Filed for: | 0.00 |
| Claim Ref Number: 37 | Scheduled as: | Secured | Filed as: | Not Filed |
| Reason: RE TAXES: 11426 E 3rd St | | | Filed date: | |
| Objection Filed? No | | | | |

**7**

| | | | | |
|---|---|---|---|---|
| US BANKRUPTCY COURT | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 4 | Scheduled as: | Case Costs | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

**8**

| | | | | |
|---|---|---|---|---|
| DEBTOR | Scheduled for: | | Filed for: | |
| Claim Ref Number: 2 | Scheduled as: | Refund | Filed as: | Refund |
| Reason: | | | Filed date: | 3/25/2023 |
| Objection Filed? No | | | | |
| DEBTOR | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 3 | Scheduled as: | Refund | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

**Attorney**

| | | | | |
|---|---|---|---|---|
| PETER C. GREENLEE | Scheduled for: | 3,000.00 | Filed for: | |
| Claim Ref Number: 1 | Scheduled as: | Attorney | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

**6. TRUSTEE RECOMMENDATIONS:**

Does Trustee Recommend Confirmation?   N

_____

Trustee Comments:
  { 3C, 4F }
  - New jobe for D2 appearrs to ~$600 higher, amend plan Sch I as appropriate.
  - MTD for no pmts. Obj due 5-16

Date Completed:   04/28/2023                              /s/
                                                          Mark Harring
                                                          Standing Chapter 13 Trustee